IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT JACKSON and MARIA JACKSON, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>EME HOMER CITY GENERATION L.P.; HOMER CITY OL1 LLC; HOMER CITY OL2 LLC; HOMER CITY OL3 LLC; HOMER CITY OL4 LLC; HOMER CITY OL5 LLC; HOMER CITY OL6 LLC; HOMER CITY OL7 LLC; HOMER CITY OL8 LLC; NEW YORK STATE ELECTRIC AND GAS CORP.; PENNSYLVANIA ELECTRIC ENERGY CO.; EDISON MISSION ENERGY; MISSION ENERGY HOLDING CO.; and EDISON INTERNATIONAL,<br><br>        Defendants. | Civil Action No. 2:11-cv-28<br><br>Judge:  Terrence F. McVerry<br><br>Electronically Filed |

**EME HOMER CITY GENERATION, L.P., EDISON MISSION ENERGY, MISSION ENERGY HOLDING CO., AND EDISON INTERNATIONAL'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendants EME Homer City Generation, L.P., Edison Mission Energy, Mission Energy Holding Co., and Edison International move to dismiss all claims asserted against them in the complaint of plaintiffs Scott Jackson and Maria Jackson. For the reasons set forth in EME Homer City Generation, L.P., Edison Mission Energy, Mission Energy Holding Co., and Edison International's Memorandum in Support of their Motion to Dismiss, these claims fail to state a claim upon which relief can be granted.

Pursuant to Federal Rule of Civil Procedure 12(b)(2), defendants Mission Energy Holding Co. and Edison International also move to dismiss all claims asserted against them for

lack of personal jurisdiction, which ground for dismissal is also addressed in the referenced Memorandum in Support.

A proposed order is submitted herewith.

| | |
|---|---|
| Dated:  April 21, 2011 | Respectfully submitted, |
| | /s/ *James M. Jones* |
| Stephen J. Bonebrake (*pro hac vice*, Ill. Bar No. 6209790)<br>  sbonebrake@schiffhardin.com<br>Andrew N. Sawula (*pro hac vice*, Ill. Bar No. 6278383)<br>  asawula@schiffhardin.com<br>SCHIFF HARDIN LLP<br>233 South Wacker Drive, Suite 6600<br>Chicago, Illinois  60606<br>Telephone:  (312) 258-5577<br>Facsimile:  (312) 258-5600 | James M. Jones (Pa. Bar No. 81295)<br>  jmjones@jonesday.com<br>Rebekah B. Kcehowski (Pa. Bar No. 90219)<br>  rbkcehowski@jonesday.com<br>JONES DAY<br>500 Grant Street, Suite 4500<br>Pittsburgh, Pennsylvania  15219-2514<br>Telephone:  (412) 391-3939<br>Facsimile:  (412) 394-7959<br><br>Daniel E. Reidy (*pro hac vice*, Ill. Bar No. 2306948)<br>  dereidy@jonesday.com<br>Brian J. Murray (*pro hac vice*, Ill. Bar No. 6272767)<br>  bjmurray@jonesday.com<br>JONES DAY<br>77 West Wacker Drive, Suite 3500<br>Chicago, Illinois  60601-1692<br>Telephone:  (312) 782-3939<br>Facsimile:  (312) 782-8585<br><br>Kevin P. Holewinski (Pa. Bar No. 50237)<br>  kpholewinski@jonesday.com<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C.  20001-2113<br>Telephone:  (202) 879-3939<br>Facsimile:  (202) 626-1700<br><br>*Attorneys  for Defendants EME Homer City Generation, L.P.; Edison Mission Energy; Mission Energy Holding Co.; and Edison International* |

## CERTIFICATE OF SERVICE

      I hereby certify that on April 21, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, thereby submitting same for service upon all counsel of record at their e-mail addresses on file with the Court.


Dated:  April 21, 2011                    /s/ *James M. Jones*
                                                *One of the Attorneys for Defendants EME Homer City Generation, L.P., Edison Mission Energy, Mission Energy Holding Co., and Edison International*