IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT JACKSON AND MARIA JACKSON, Individually, and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.: 2:11-cv-00028 |
| EME HOMER CITY GENERATION L.P., HOMER CITY OL1 LLC; HOMER CITY OL2 LLC; HOMER CITY OL3 LLC; HOMER CITY OL4 LLC; HOMER CITY OL5 LLC; HOMER CITY OL6 LLC; HOMER CITY OL7 LLC; HOMER CITY OL8 LLC; AND; NEW YORK STATE ELECTRIC AND GAS CORPORATION; PENNSYLVANIA ELECTRIC CO.; EDISON MISSION ENERGY; MISSION ENERGY HOLDING CO.; AND EDISON INTERNATIONAL, | ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## NEW YORK STATE ELECTRIC & GAS CORP. AND PENNSYLVANIA ELECTRIC COMPANY'S MOTION TO DISMISS

Defendants New York State Electric & Gas Corp. ("NYSEG") and Pennsylvania Electric Company ("Penelec") submit this Motion to Dismiss, seeking the entry of an order dismissing all claims in the above-captioned matter against NYSEG and Penelec. The grounds for dismissal are further set forth in NYSEG and Penelec's Memorandum in Support of Their Motion to Dismiss, which is being filed contemporaneously herewith and which is incorporated herein.

{B0438451.1}

WHEREFORE, NYSEG and Penelec respectfully request that the Court grant the instant Motion and enter the proposed Order attached hereto.

Date:  April 21, 2011
BABST, CALLAND, CLEMENTS
 and ZOMNIR, P.C.

*/s/ Mark K. Dausch*
Kathy K. Condo, Esquire
PA I.D. #34910
Mark K. Dausch, Esquire
PA ID # 205621
Two Gateway Center, 8th Floor
Pittsburgh, PA  15222
(412) 394-5400
***Counsel for Defendants, Pennsylvania Electric Company and New York State Electric & Gas Corp.***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on the following individuals via ECF this 21st day of April, 2011:

Peter M. Villari, Esquire
Villari, Brandes & Kline, P.C.
8 Tower Bridge
161 Washington Street, 4th Floor
Conshohocken, PA  19428
*Counsel for Plaintiffs*

James M. Jones, Esquire
Rebekah B. Kcehowski, Esquire
Jones Day
500 Grant Street, Ste. 4500
Pittsburgh, PA  15219

Kevin P. Holewinski, Esquire
Jones Day
51 Louisiana Ave., N.W.
Washington, DC  20001
*Counsel for EME Homer City Generation L.P.;*
*Edison Mission Energy;*
*Mission Energy Holding Co.;*
*and Edison International*

Peter Stinson, Esquire
W. Alan Torrance, Esquire
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222-5402

Beth M. Kramer
Chet M. Thompson
Jeffrey L. Poston
Cromwell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595
*Counsel for Homer City OL1 LLC;*
*Homer City OL2 LLC; Homer City OL3 LLC;*
*Homer City OL4 LLC; Homer City OL5 LLC;*
*Homer City OL6 LLC; Homer City OL7 LLC*
*and Homer City OL8 LLC*

*/s/ Mark K. Dausch*
Mark K. Dausch, Esquire

{B0438451.1}

3